UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: JOSEPH REYNA,

25-CV-10171 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, who is proceeding *pro se*, seeks leave to proceed *in forma pauperis*. Petitioner styles this action as a petition "[f]or an Order Under Federal Rule of Civil Procedure 27." (ECF 1 at 1.) Petitioner states that he "seeks only to open a miscellaneous matter for the limited procedural purpose permitted by Rule 27. No defendants are named, no summons will issue, and no service by U.S. Marshals is requested or required." (ECF 2 at 1.)

The District Clerks' Manual, published by the Administrative Office of the United States Courts, "sets forth the nationwide guidelines for prescribed uses of the miscellaneous docket." *In re Varholy*, No. 3:23-MC-00004 (MEG), 2023 WL 4236044, at *1 (D. Conn. June 28, 2023). The District Clerk's Manual provides for Rule 27 petitions to be opened as miscellaneous actions:

> Pursuant to Fed. R. Civ. P. 27, "person who wants to perpetuate testimony about any matter cognizable in a United States court may file a verified petition in the district court for the district where any expected adverse party resides. The petition must ask for an order authorizing the petitioner to depose the named persons in order to perpetuate their testimony." These petitions are filed prior to the inception of any civil action in the district and are assigned a miscellaneous number.

District Clerks' Manual § 4.03.(a)(1)(vii).

Because Petitioner styles this action as a petition under Rule 27 of the Federal Rules of Civil Procedure and seeks to open a miscellaneous action, the Court directs the Clerk of Court to refile the petition under a miscellaneous number and close this civil action.[1]

**CONCLUSION**

The Court directs the Clerk of Court to refile the petition (ECF 1), which seeks relief under Rule 27 of the Federal Rules of Civil Procedure, under a new miscellaneous number and to terminate this civil action. The *in forma pauperis* application (ECF 2) and any other submissions that may be on the docket when this action is closed should also be refiled in the new miscellaneous action. Further submissions from Petitioner should be filed in the miscellaneous action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 11, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[1] The filing fee for a miscellaneous action is $52.00.